UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HENRY Z. EZELL,

    Defendant.

Case No. 21-CR-012
[18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. On or about September 14, 2020, in the State and Eastern District of Wisconsin,

**HENRY Z. EZELL,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a black Canik TP9SF 9mm, with serial number 20AT08219.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

FOREPERSON

Date: Jan 12, 2021

MATTHEW D. KRUEGER
United States Attorney